JUDGE EWING WERLEIN, JR.

Case Manager __M. Flores_____          Court Reporter Gayle Dye
USPO                                    Interpreter No

Time:  11:40 a.m. to 11:52 a.m.         **DATE December 20, 2019**

-------------------------------------------------------------------------------------------------------

## CR. No.   H -18-335

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Karen Lansden, AUSA |
| | § | Tim Flowers and Laura Fong, DOJ |
| vs. | § | |
| 1. MURTAZA JUMA | § | Dan Cogdell |
| 2. YUSUFALI JUMA | § | Kent Schaffer and James Kennedy |

-------------------------------------------------------------------------------------------------------

## PRETRIAL CONFERENCE

  X   Dft Yusufali Juma's Unopposed Motion to Continue (Doc. No. 66 ) is GRANTED.
      Case reset:
      PRETRIAL CONFERENCE set ___April 03, 2020 at 11:30 a.m._____
      JURY SELECTION/TRIAL set ___April 27, 2020 at 9:00 a.m._____


  X   Amended Docket Control Order entered.


  X   Dfts 1 and 2 continued on bond.