IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | C.R. NO. H-18-335 |
| | § | |
| MURTAZA JUMA | § | |
| YUSUFALI JUMA | § | |

PROTECTIVE ORDER

The following defense attorneys are counsel for the above named Defendants and will be in trial beginning April 27, 2020, and continuing for at least one or two weeks in the above-referenced prosecution:

1. Dan L. Cogdell

2. Kent A. Schaffer

3. James Kennedy

This case has had six trial postponements due to the complexity of the case and competing trial schedules that have created conflicts for counsel. This new trial setting four months from now was agreed by all parties as free of conflicts for all counsel. Accordingly, the Court

ORDERS that the above-named defense counsel, as well as counsel for the United States, Karen Lansden, Laura Fong, and Timothy Flowers, shall not permit themselves to be called to hearings, trials, or any other proceedings in any other court that

will conflict with the commencement of this trial on April 27, 2020, and continuing until a verdict is returned.

The cooperation of all other federal and state courts is respectfully requested.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 23rd day of December, 2019.

*Ewing Werlein, Jr.*
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE