# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO. H-18-335-002 |
| § | |
| YUSAFALI MURTAZA JUMA § | |

## GOVERNMENT'S MOTION TO DISMISS

TO THE HONORABLE COURT:

The United States of America moves to dismiss without prejudice the indictment pending against the defendant. The defendant stands charged by indictment with one count of conspiracy to traffic in counterfeit goods and three counts of trafficking in counterfeit goods, all in violation of Title 18, United States Code, Section 2320. The defendant faces these charges along with a co-defendant, his father Murtaza Yusuf Juma, who pleaded guilty to one count of trafficking in counterfeit goods. Murtaza Juma owned and operated AgeMicro, LLC in Longwood, Florida. The defendant worked for his father at the business. An investigation conducted by the United States Department of Homeland Security revealed that AgeMicro purchased counterfeit computer parts from the People's Republic of China and sold them as genuine in the United States, in violation of U.S. trademark laws. Murtaza Juma has proffered that while his son (the defendant) assisted him in the operation of the business, the defendant had no knowledge that

the products sold by the company were counterfeit. Murtaza Juma also proffered that he personally emailed foreign manufacturers/distributors of the counterfeit computer parts using the company email account bearing his last name, as well as other email accounts in the defendant's name. Murtaza Juma proffered that he was the one responsible for using those accounts to perpetrate the offense to which he pleaded guilty and the offenses with which the defendant has been charged.

Therefore, the United States requests that the charges in the indictment against the defendant be dismissed without prejudice.

Respectfully Submitted,

JENNIFER B. LOWERY
United States Attorney

_____
JAY HILEMAN
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-18-335-002 |
| YUSAFALI MURTAZA JUMA | § | |

### ORDER

The government's motion to dismiss the indictment is granted.

**IT IS ORDERED** that the charges in the indictment against Defendant Yusufali Murtaza Juma are dismissed without prejudice. The charges in the indictment against Murtaza Yusuf Juma remain in effect.

SIGNED in Houston, Texas on _____, 2022.

_____
EWING WERLEIN, Jr.
UNITED STATES DISTRICT JUDGE