United States District Court
Southern District of Texas
**ENTERED**
March 25, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-18-335-002 |
| YUSAFALI MURTAZA JUMA | § § | |

### ORDER

The government's motion to dismiss the indictment is granted.

**IT IS ORDERED** that the charges in the indictment against Defendant Yusufali Murtaza Juma are dismissed without prejudice. The charges in the indictment against Murtaza Yusuf Juma remain in effect.

SIGNED in Houston, Texas on _March 25_, 2022.

EWING WERLEIN, Jr.
UNITED STATES DISTRICT JUDGE